IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| One William Street Capital Master Fund Ltd., OWS ABS IV, L.P., OWS ABS IV Sub I, LLC, OWS ABS Master Fund, Ltd., OWS ABS Master Fund II, L.P., OWS Credit Opportunity I, LLC, OWS Credit Opportunity Sub I, Ltd., 1WS Credit Income Fund, 1WSCI Sub I, LLC, Clear Haven Investment Fund LP, Clear Haven Investments LLC, Clear Haven Total Return Partners LP, Clear Haven Ultra Short Investment Grade Bond Fund LP, Clear Haven UMF Fund LP, California Insurance Company, Constitution Insurance Company, Florida Casualty Insurance Company, Superior Risk Solutions (SAC) Ltd, Texas Insurance Company, Crescent II Fund, L.P., EF Securities LLC, Ellington M Credit Master Fund Ltd., Ellington Private Opportunities Main Master Fund III LP, Ellington Special Relative Value Fund LLC, Hudson Cove Credit Opportunity Master Fund, L.P., Janus Henderson Asset-Backed Securities ETF, Janus Henderson Income ETF, Janus Henderson Mortgage-Backed Securities ETF, Janus Henderson Securitized Income ETF, and Sagicor Life Insurance Company,<br><br>                 Plaintiffs,<br><br>               -against-<br><br>JPMorgan Chase Bank, National Association, J.P. Morgan Securities LLC, Barclays Bank PLC, Barclays Capital Inc., Fifth Third Bank, National Association, and Fifth Third Securities, Inc.<br><br>                 Defendants. | CASE NO.: 1:26-cv-01622-JSR |

**DEFENDANT FIFTH THIRD BANK, NATIONAL ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT**

       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Fifth Third Bank, National Association ("Fifth Third Bank"), by and through its undersigned counsel, hereby discloses as follows:

1

1. Fifth Third Bank is a wholly-owned subsidiary of Fifth Third Financial Corporation.

2. Fifth Third Financial Corporation is a wholly-owned subsidiary of Fifth Third Bancorp.

3. Fifth Third Bancorp is a publicly traded company. Vanguard Group, Inc. and BlackRock Inc. each own a greater than 10% interest in Fifth Third Bancorp's common stock.

Dated: March 12, 2026                                          Respectfully Submitted,

*/s/ Jonathan "Jack" Harrington*
Jonathan R. Harrington
Bradley Arant Boult Cummings LLP
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203
Telephone - (205) 521-8089
Telecopier - (205) 521-8800
Email: jharrington@bradley.com

*Counsel to Defendants Fifth Third Bank, National Association and Fifth Third Securities, Inc.*