**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

One William Street Capital Master Fund Ltd., OWS ABS IV, L.P., OWS ABS IV Sub I, LLC, OWS ABS Master Fund, Ltd., OWS ABS Master Fund II, L.P., OWS Credit Opportunity I, LLC, OWS Credit Opportunity Sub I, Ltd., 1WS Credit Income Fund, 1WSCI Sub I, LLC, Clear Haven Investment Fund LP, Clear Haven Investments LLC, Clear Haven Total Return Partners LP, Clear Haven Ultra Short Investment Grade Bond Fund LP, Clear Haven UMF Fund LP, California Insurance Company, Constitution Insurance Company, Florida Casualty Insurance Company, Superior Risk Solutions (SAC) Ltd, Texas Insurance Company, Crescent II Fund, L.P., EF Securities LLC, Ellington M Credit Master Fund Ltd., Ellington Private Opportunities Main Master Fund III LP, Ellington Special Relative Value Fund LLC, Hudson Cove Credit Opportunity Master Fund, L.P., Janus Henderson Asset-Backed Securities ETF, Janus Henderson Income ETF, Janus Henderson Mortgage-Backed Securities ETF, Janus Henderson Securitized Income ETF, and Sagicor Life Insurance Company,

Plaintiffs,

-against-

JPMorgan Chase Bank, National Association, J.P. Morgan Securities LLC, Barclays Bank PLC, Barclays Capital Inc., Fifth Third Bank, National Association, and Fifth Third Securities, Inc.

Defendants.

Civil Action No. 1:26-cv-01622-JSR

**NOTICE OF MOTION TO DISMISS**

-2-

PLEASE TAKE NOTICE that Defendants JPMorgan Chase Bank, National Association, J.P. Morgan Securities LLC, Barclays Bank PLC, Barclays Capital Inc., Fifth Third Bank, National Association, and Fifth Third Securities, Inc., by and through their undersigned counsel, respectfully move, pursuant to Rules 9(b) and 12(b)(6), for an order dismissing the Complaint with prejudice and such other further relief as the Court may deem just and proper.

Pursuant to the schedule set at the March 26, 2026 conference, Plaintiffs' opposition to the motion is due April 30, 2026, Defendants' reply is due May 7, 2026, and oral argument will be heard by the Court on May 13, 2026 at 4:00pm.  Alternatively, Plaintiffs may file an amended complaint by April 16, 2026, in which case Defendants' supplemental motion to dismiss brief is due April 23, 2026, Plaintiffs' opposition to the motion is due May 14, 2026, Defendants' reply is due May 21, 2026, and oral argument will be heard by the Court on May 27, 2026 at 11:00am.

-3-

Dated:  April 9, 2026

Respectfully submitted,

/s/ *Robert A. Sacks*  
Robert A. Sacks  
Jonathan S. Carter  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, New York 10004  
Tel:  (212) 558-4000

*Attorneys for JPMorgan Chase Bank, N.A.*  
*and J.P. Morgan Securities LLC*

/s/ *Robert J. McGahan*  
Robert J. McGahan  
BRADLEY ARANT BOULT CUMMINGS LLP  
1615 L Street, N.W., Suite 1350  
Washington, DC 20036  
Tel:  (202) 719-8298

Jonathan Ross Harrington  
BRADLEY ARANT BOULT CUMMINGS LLP  
One Federal Place  
1819 5th Avenue N.  
Birmingham, Alabama 35203  
Tel:  (205) 521-8069

Rebeccah Lynn Bower  
BRADLEY ARANT BOULT CUMMINGS LLP  
Promenade Tower  
1230 Peachtree Street NE, Suite 2100  
Atlanta, Georgia 30309  
Tel:  (404) 868-2806

/s/ *Jenna M. Dabbs*  
Jenna M. Dabbs  
Sean Hecker  
Marshall L. Miller  
HECKER FINK LLP  
350 Fifth Avenue, 63rd Floor  
New York, New York 10118  
Tel:  (212) 763-0883

*Attorneys for Fifth Third Bank, N.A.*  
*and Fifth Third Securities, Inc.*

/s/ *Jeffrey T. Scott*  
Jeffrey T. Scott  
Jonathan M. Sedlak  
Jacob E. Cohen  
SULLIVAN & CROMWELL LLP  
125 Broad Street  
New York, New York 10004  
Tel:  (212) 558-4000

*Attorneys for Barclays Bank PLC*  
*and Barclays Capital Inc.*