**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| One William Street Capital Master Fund Ltd., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JPMorgan Chase Bank, National Association, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-01622-JSR |

**DECLARATION OF JEFFREY T. SCOTT**
**IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS**

I, JEFFREY T. SCOTT, hereby declare under penalty of perjury that the following is true and correct:

1.      I am a member of the Bar of this Court and am a partner at Sullivan & Cromwell LLP.

2.      I respectfully submit this Declaration to provide the Court with materials cited in the Defendants' Joint Motion to Dismiss the Complaint.

3.      Attached as Exhibits 1 through 5 hereto are true and complete copies of the following documents:

Exhibit 1      Indictment, *United States* v. *Daniel Chu and David Goodgame*, No. 1:25-cr-579, ECF No. 2 (S.D.N.Y.), dated December 15, 2025 and unsealed on December 17, 2025.

Exhibit 2      The Offering Memorandum of Tricolor Auto Securitization Trust 2024-1, dated January 25, 2024.

Exhibit 3      Complaint by Chapter 7 Trustee, *In re Tricolor Holdings, LLC*, No. 25-33487, ECF No. 1 (Bankr. N.D. Tex.), dated December 19, 2025.

-2-

Exhibit 4    The CBIZ MHM, LLC Consulting Report concerning Tricolor Auto Acceptance, LLC and Tricolor Funding SPV 4 LLC, dated February 23, 2024.

Exhibit 5    The Offering Memorandum of Tricolor Auto Securitization Trust 2022-1, dated April 29, 2022.

Dated: April 9, 2026                    /s/ *Jeffrey T. Scott*
    New York, New York                    Jeffrey T. Scott