**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ONE WILLIAM STREET CAPITAL MASTER FUND LTD., *et al.*,<br><br>                              Plaintiffs,<br><br>        -against-<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, *et al.*,<br><br>                              Defendants. | Case No. 1:26-cv-01622-JSR |

**DECLARATION OF MARSHALL L. MILLER IN SUPPORT OF FIFTH THIRD SECURITIES, INC.'S SUPPLEMENTAL MEMORANDUM OF LAW**

I, Marshall L. Miller, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am a member of the bar of the State of New York and admitted to appear before this Court. I am a partner in the law firm of Hecker Fink LLP and counsel for Defendants Fifth Third Bank, N.A. and Fifth Third Securities, Inc.

2.      I respectfully submit this declaration in connection with Defendant Fifth Third Securities, Inc.'s Supplemental Memorandum of Law in Support of Motion to Dismiss.

3.      Attached as Exhibit A is a true and correct copy of the Note Purchase Agreement for Tricolor Auto Securitization Trust ("TAST") 2023-1, dated February 9, 2023.

4.      Attached as Exhibit B is a true and correct copy of the Note Purchase Agreement for TAST 2024-2, dated May 14, 2024.

5.      Attached as Exhibit C is a true and correct copy of the Note Purchase Agreement for TAST 2024-3, dated October 7, 2024.

1

2

6.      Attached as Exhibit D is a true and correct copy of the Note Purchase Agreement for TAST 2025-1, dated March 11, 2025.

7.      Attached as Exhibit E is a true and correct copy of the Note Purchase Agreement for TAST 2025-2, dated June 10, 2025.

Dated: New York, New York
     April 9, 2026           By: _____
                            Marshall L. Miller