UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

One William Street Capital Master
Fund Ltd. et al.


Plaintiff(s)

- v -                                                     **RULE 7.1 STATEMENT**

JPMorgan Chase Bank, National Association,
J.P. Morgan Securities LLC, Barclays Bank PLC,
Barclays Capital Inc., Fifth Third Bank, National
Association, and Fifth Third Securities, Inc.

                                                             1:26-cv-01622
                                                        _____
Defendant(s)                                              Case Number

_____

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

St. Bernard Opportunity Fund I, Ltd.


(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.


St. Bernard Opportunity Fund I, Ltd. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

4/16/26

Date

/s Blair Adams

Signature of Attorney

5221924

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022

2

RESET     PRINT     SAVE