**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7615**

WRITER'S EMAIL ADDRESS
**blairadams@quinnemanuel.com**

April 17, 2026

**Via ECF**
The Honorable Jed S. Rakoff
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Courtroom 14B
New York, NY 10007-1312

Re:     *One William Street Capital Master Fund Ltd. et al. v. JPMorgan Chase Bank, National
        Association et al.*, 1:26-cv-01622

Dear Judge Rakoff:

Please find attached a redline comparing Plaintiffs' initial complaint, ECF No. 1, with Plaintiffs' first amended complaint, ECF No. 86.

Respectfully submitted,

Blair A. Adams

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON |
LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO |
SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH