UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONE WILLIAM STREET CAPITAL MASTER
FUND LTD., et al.,

      Plaintiffs,

   -v-

JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION, et al.,

      Defendants.

26-cv-1622 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court is the defendants' joint motions to dismiss plaintiffs amended Complaint.[1] See ECF No. 81. As background, this Court earlier gave plaintiffs the option to amend their Complaint, if they so chose, following the defendants' filing of their motions to dismiss. See Minute Entry 3/26/2026. Now, upon full consideration of the amended pleadings and briefing, as well as the arguments presented on June 1, 2026, the Court hereby grants the defendants' motions in their entirety. An Opinion explaining the reasons for this ruling will issue in due course, at which time final judgment will be entered. The Clerk's Office is respectfully directed to close ECF No 81.

    SO ORDERED.

New York, NY
June _____, 2026

JED S. RAKOFF, U.S.D.J.

---

[1] Defendant Fifth Third Securities joined the motion to dismiss of the other defendants, but separately also moved to dismiss. ECF No. 84.

1