UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ONE WILLIAM STREET CAPITAL MASTER FUND LTD., ET AL.,

Plaintiffs,

-against-

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, ET AL.,

Defendants.

26 CIVIL 01622 (JSR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated July 16, 2026, the Court reconfirms its earlier bottom-line Order granting the defendants' motion to dismiss. The plaintiffs' pleadings fail to show that defendants, themselves victims of Tricolor's fraud, were any worse than negligent, if that. Final Judgment entered in favor of the defendants, dismissing the federal causes of action with prejudice and the remaining state law claims for lack of jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York
July 20, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**