**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| One William Street Capital Master Fund Ltd., OWS ABS IV, L.P., OWS ABS IV Sub I, LLC, OWS ABS Master Fund, Ltd., OWS ABS Master Fund II, L.P., OWS Credit Opportunity I, LLC, OWS Credit Opportunity Sub I, Ltd., 1WS Credit Income Fund, 1WSCI Sub I, LLC, Clear Haven Investment Fund LP, Clear Haven Investments LLC, Clear Haven Total Return Partners LP, Clear Haven Ultra Short Investment Grade Bond Fund LP, Clear Haven UMF Fund LP, California Insurance Company, Constitution Insurance Company, Florida Casualty Insurance Company, Superior Risk Solutions (SAC) Ltd, Texas Insurance Company, Crescent II Fund, L.P., EF Securities LLC, Ellington Empire Fund LLC, Ellington M Credit Master Fund Ltd., Ellington Private Opportunities Main Master Fund III LP, Ellington Special Relative Value Fund LLC, St. Bernard Opportunity Fund I, Ltd., Advisors' Inner Circle Fund II - Frost Total Return Bond Fund, Frost Credit Fund, Hudson Cove Credit Opportunity Master Fund, L.P., Janus Henderson Asset-Backed Securities ETF, Janus Henderson Income ETF, Janus Henderson Mortgage-Backed Securities ETF, Janus Henderson Multi-Sector Income Fund, Janus Henderson Securitized Income ETF, Guardian Multi-Sector Bond VIP Fund, and Sagicor Life Insurance Company,<br><br>Plaintiffs,<br><br>-against-<br><br>JPMorgan Chase Bank, National Association, J.P. Morgan Securities LLC, Barclays Bank PLC, Barclays Capital Inc., Fifth Third Bank, National Association, and Fifth Third Securities, Inc.<br><br>Defendants. | Case No. 1:26-cv-01622 |

**<u>NOTICE OF APPEAL</u>**

NOTICE IS HEREBY GIVEN THAT Plaintiffs One William Street Capital Master Fund Ltd., OWS ABS IV, L.P., OWS ABS IV Sub I, LLC, OWS ABS Master Fund, Ltd., OWS ABS Master Fund II, L.P., OWS Credit Opportunity I, LLC, OWS Credit Opportunity Sub I, Ltd., 1WS Credit Income Fund, 1WSCI Sub I, LLC, Clear Haven Investment Fund LP, Clear Haven Investments LLC, Clear Haven Total Return Partners LP, Clear Haven Ultra Short Investment Grade Bond Fund LP, Clear Haven UMF Fund LP, California Insurance Company, Constitution Insurance Company, Florida Casualty Insurance Company, Superior Risk Solutions (SAC) Ltd, Texas Insurance Company, Crescent II Fund, L.P., EF Securities LLC, Ellington Empire Fund LLC, Ellington M Credit Master Fund Ltd., Ellington Private Opportunities Main Master Fund III LP, Ellington Special Relative Value Fund LLC, St. Bernard Opportunity Fund I, Ltd., Advisors' Inner Circle Fund II - Frost Total Return Bond Fund, Frost Credit Fund, Hudson Cove Credit Opportunity Master Fund, L.P., Janus Henderson Asset-Backed Securities ETF, Janus Henderson Income ETF, Janus Henderson Mortgage-Backed Securities ETF, Janus Henderson Multi-Sector Income Fund, Janus Henderson Securitized Income ETF, Guardian Multi-Sector Bond VIP Fund, and Sagicor Life Insurance Company appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on July 20, 2026 (Dkt. No. 102), and each and every part thereof.

Respectfully submitted,

Dated: New York, New York
August 18, 2026

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Blair Adams*

Blair Adams
Deborah Newman
Robert Loigman
Toby Futter
295 Fifth Avenue
New York, NY 10016

(212) 849-7000
blairadams@quinnemanuel.com
deborahnewman@quinnemanuel.com
robertloigman@quinnemanuel.com
tobyfutter@quinnemanuel.com

Eric Winston (admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa St.
Los Angeles, CA 90017
ericwinston@quinnemanuel.com

*Attorneys for Plaintiffs*